UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mohamed Ahmed Hersi, | Civ. No. 23-1225 (JWB/LIB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Merrick Garland, | |
| Respondent. | |

---

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on February 22, 2024. (Doc. No. 13.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The February 22, 2024 Report and Recommendation (Doc. No. 13) is **ACCEPTED**; and

2. Petitioner Mohamed Ahmed Hersi's Petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to effect service under Fed. R. Civ. P. 4(m).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 3, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge